IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 3:09CR30012-001

STEVEN JAMES MAGGARD

<u>ORDER</u>

    Now on this 26th day of July 2010, comes on to be considered defendant's Motion for Leave to File Request for Mental Health and Medical Records Under Seal (document #28). Upon due consideration, the Motion is Granted to the extent that the United States District Court Clerk is hereby directed to file defendant's request for mental health and medical records under seal and the government's response to that motion under seal.

    IT IS SO ORDERED.

    /s/ JIMM LARRY HENDREN
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE