IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                       Case No.  09-30012

STEVEN JAMES MAGGARD                                                            DEFENDANT

## ORDER

Now on this 23rd day of August 2010, comes on to be considered defendant's Motion for Issuance of Subpoenas *Duces Tecum* for Mental Health and Medical Records (document #30) and the government's response thereto (document #31).  The Court, being well and sufficiently advised, finds and orders that the motion should be, and hereby is, **denied**.  The Court, being mindful that the Confrontation Clause does not apply at sentencing, finds no good cause for the issuance of the requested subpoenas.  See U.S. v. Aldridge, 561 F.3d 759, 766 (8th Cir. 2009).

IT IS SO ORDERED.

/s/ JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE